### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANGELA M. BRINDLE,              :

        Plaintiff,            :

                              :       **CIVIL ACTION NO. 4:11-176**

   v.                       :

                              :       (JUDGE NEALON)

MICHAEL J. ASTRUE,       :

Commissioner of Social Security,  :

          Defendant         :

### ORDER

**NOW, this 31ˢᵗ day of January, 2012,** in accordance with the Memorandum dated this

date, **IT IS HEREBY ORDERED THAT**:

1.     The Clerk of Court shall enter judgment in favor of the Commissioner and against Angela M. Brindle as set forth in the following paragraph.

2.     The decision of the Commissioner of Social Security denying Angela M. Brindle social security income benefits is affirmed.

3.     The Clerk of Court shall **CLOSE** this case

 

 

_____

**United States District Judge**

 

 

**FILED**
**SCRANTON**

JAN **3 1** 2012

PER ___ M. 6 ___
DEPUTY CLERK